JACK WEISBERG, Appellant, v. CLARE WEISBERG, Respondent.— No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

## THIRD DEPARTMENT, JANUARY, 1943.

## (January 6, 1943.)

NELSON PIERCE, Appellant, v. RAILWAY MAIL ASSOCIATION, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of DOROTHY M. VIRRILL et al., Respondents, against DERKS BUICK CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of GEORGE M. CHALMERS, Respondent, against F. M. CASE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ROSARIO CASSARINO, Respondent, against A. W. HOPEMAN & SONS COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, et al., Respondents.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of ABRAHAM VOLINSKY, Respondent, against RELIABLE WASTE AND RAG CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of NICOLA NELSON, Respondent, against MESECK TOWING LINES, Respondent, and GLENS FALLS INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— [See *ante,* p. 899; 266 App. Div. 699.] Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of TERESA LABOZETTA, Respondent, against ELITE LAUNDRY, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.